IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER RANDALL BAILEY, AIS # 181411, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   CASE NO. 2:24-CV-189-RAH-CSC ) |
| KAY IVEY, *et al.*, | ) ) |
| Defendants. | ) ) |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed October 10, 2024, (Doc. 8), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 13th day of November 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE